IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR435 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES MINOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion filed by James Minor (Filing No. 57) in response to this court's request that defendant inform the court whether he would like representation regarding a possible sentence reduction under Amendment 706 (Filing No. 56). Defendant has informed the court that he does not want representation and has also stated that he does not want the court to grant him a reduction in his sentence pursuant to Amendment 706. Accordingly,

IT IS ORDERED that the defendant's requests are granted.

DATED this 15th day of October, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge